OPINION — AG — QUESTION: 'AS TO WHETHER OR NOT THE SUPERINTENDENT OF MENTAL HEALTH HOSPITALS WITHIN THE DEPARTMENT OF MENTAL HEALTH CAN ENTER INTO A LEGAL CONTRACT WITH MEDICAL DOCTORS IN THE DIFFERENT AREAS OF OKLAHOMA TO SEE THESE PATIENTS AND IF THE FEES FOR THIS SERVICE CAN BE PAID WITH FUNDS APPROPRIATED FOR THE OPERATION OF THE HOSPITAL WITHIN THE DEPARTMENT?' — NEGATIVE CITE: 43A O.S. 1961 73 [43A-73], 43A O.S. 1961 18 [43A-18](2) (FRED HANSEN)